Official Form 1 (4/07)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Newhart's, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Foremost Appliances | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>54-1854019 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>14501 Lee Jackson Memorial Highway<br>Suite D<br>Chantilly, VA      ZIP Code 20151 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Fairfax | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>42435 Iron Bit Place<br>Chantilly, VA      ZIP Code 20152 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 14501 Lee Jackson Memorial Highway<br>Suite D<br>Chantilly, VA 20151 |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Newhart's, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>  William L. Brennan | Case Number: | Date Filed: |
| District:<br>  Eastern District, Alexandria VA | Relationship:<br>affiliated | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                                FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| Newhart's, Inc. |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney

X  /s/ Thomas P. Gorman VA Bar
Signature of Attorney for Debtor(s)

 Thomas P. Gorman VA Bar #26421
Printed Name of Attorney for Debtor(s)

 TYLER BARTL GORMAN & RAMSDELL, P.L.C.
Firm Name

 700 SOUTH WASHINGTON STREET, SUITE 216
 ALEXANDRIA, VA 22314

Address

 (703) 549-5000  Fax: (703) 549-5011
Telephone Number

 November 29, 2007
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ William L. Brennan, Sr.
Signature of Authorized Individual

 William L. Brennan, Sr.
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 November 29, 2007
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form B203                                                                 2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia

In re    Newhart's, Inc.                                                          Case No.
                                    Debtor(s)                    Chapter      7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................... $            3,500.00

    Prior to the filing of this statement I have received.................................... $            3,500.00

    Balance Due................................................................................................. $                0.00

2.  $   320.00    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify)

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify)

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other provisions as needed:

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    Debtor agrees to compensate counsel at his normal and customary hourly rate of $325.00 per hour for any depositions, contested matters including relief from stay, adversary proceedings, discharge and dischargeability complaints, or lien avoidance actions.

Form B203 - Continued                                                    2005 USBC, Eastern District of Virginia

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| November 29, 2007 | /s/ Thomas P. Gorman VA Bar |
| *Date* | Thomas P. Gorman VA Bar #26421 |
| | *Signature of Attorney* |

TYLER BARTL GORMAN & RAMSDELL, P.L.C.
*Name of Law Firm*
700 SOUTH WASHINGTON STREET, SUITE 216
ALEXANDRIA, VA 22314
(703) 549-5000  Fax: (703) 549-5011

---

*For use in Chapter 13 Cases where Fees Requested **Not in Excess of $3,000***
*(For all Cases Filed on or after 10/17/2005)*

### NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
### PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

| | |
| *Date* | |
| | *Signature of Attorney* |

# United States Bankruptcy Court

### Eastern District of Virginia

In re    Newhart's, Inc.                           ,      Case No. _____

                                     Debtor

Chapter _____ 7 _____

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
**Cities:**
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

**Counties:**
- ☐ Arlington-013
- ☒ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
**Cities:**
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

**Counties:**
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
**Cities:**
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

**Counties:**
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
**Cities:**
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

**Counties:**
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

**Date:** _____ November 29, 2007 _____

/s/ Thomas P. Gorman VA Bar
_____
**Signature of Attorney**
Thomas P. Gorman VA Bar #26421

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

1st Class Express Delivery Ser
P.O. Box 1563
Clinton, MD 20735


A-Nova Appliance
10195 Main Street
Suite G
Fairfax, VA 22031


A.K. Vasudevan
11705 Lake Forest Drive
Reston, VA 20194


ABN AMRO Merchant Services LLC
1231 Durrett Lane
Louisville, KY 40213


Absolute Kitchens
8230 Boone Blvd
Suite 170
Vienna, VA 22182


Accident Fund Insurance Co
P.O. Box 40790
Lansing, MI 48901


Ace Appliance Installers, LLC
14715 Lock Drive
Centreville, VA 20120


Alejandro Gutierrez
4919 Flanders Ave
Kensington, MD 20895


Alma Paty
37568 Berryman Lane
Middleburg, VA 20117


Almo Distributing NY, Inc.
2709 Commerce Way
Philadelphia, PA 19154


American Express
p.O. Box 29-7879
Fort Lauderdale, FL 33329-7879

American Express
P.O. 53630
Phoenix, AZ 85072

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express Corporate
PO Box 1270
Newark, NJ 07101-1270

American Great Improvements
14801 Birch Springs Court
Silver Spring, MD 20905

Andrew & Jessica Davis
5404 Macomb Street, NW
Washington, DC 20016

Andrew Holmes
1821 Swann Street NW
Washington, DC 20009

Andy & Anne Mead
1005 E. Street, NE
Washington, DC 20002

Ann & Tom Langham
7954 Parsons Grove
Dunn Loring, VA 22027

Anne Goodfriend
901 South 15th Street
Apt 608
Arlington, VA 22202

Anne Mabaquiao
5410 Gladewright Drive
Centreville, VA 20120

Anne Zollner
7506 Carroll Ave
Takoma Park, MD 20912

Arlington Catholic Herald
P.O. Box 1960
Merrifield, VA 22116

Atlantic Electric Supply Corp
3726 10 Street NW
Washington, DC 20017

B/S/H Home Appliances Corp
100 Bosch Blvd
New Bern, NC 28562

Badger CPA, PC
302 Maple Ave West
Vienna, VA 22180

Barbara Rose
10124 Homar Pond Drive
Fairfax Station, VA 22039

Barbara Zicari
11580 Lake Newport Road
Reston, VA 20194

Barry & Elise MIler
11615 Danville Dr
Rockville, MD 20852

Becky Laroche
200 Summers Drive
Alexandria, VA 22301

Beth Maline
3307 Applegorve Court
Herndon, VA 20171

Betty Hill
800 S 26th Place
Arlington, VA 22202

Bharti Shah
18396 Fairway Oaks Square
Leesburg, VA 20176

Bill & Bette Kramer
2700 Calvert Street, NW
Unit 718
Washington, DC 20008


Bill Fuchs
4845 Mass Ave NW
Washington, DC 20016


Bill Hamlin
P.O. Box 465
1411 W. Garner Road
Garner, NC 27529


Blanco
110 Mount Holly By-Pass
Lumberton, NJ 08048


Bob Geipel
13338 Marie Drive
Manassas, VA 20112


Brook Rolter
2008 N. Buchanan Court
Arlington, VA 22207


Brotman Winter Fried
111 Park Place
Falls Church, VA 22046


Broudy Group
1616 Walnut Street
#1818
Philadelphia, PA 19130


Bryan's Home Remodeling
P.O. Box 8971
Reston, VA 20195


Capital Community News, Inc.
610 South Carolina Ave
Washington, DC 20003

Capital One
P.O. Box 70884
Charlotte, NC 28279


Capital Solutions (GE)
P.O. Box 74697
Chicago, IL 60675


Carol Crawford
1106 Dunaway Drive
Mc Lean, VA 22101


Carol Dunahoo
4000 Cathedral Ave NW
Suite 634 B
Washington, DC 20016


Carol Peterson
3821 7th Street South
Arlington, VA 22204


Cathy Milbourn
1232 Meyer Court
Mc Lean, VA 22101


Cedar Group LLC
25020 Riding Plaza
Chantilly, VA 20152


Charles & Deborah Sutton
13703 Long Cove Place
Midlothian, VA 23112


Charles Cullen
1219 Ingleside Ave
Mc Lean, VA 22101


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chris & Sandy Sterling

Chris Stuart
1634 A Street, NE
Washington, DC 20002


Chris Yaremchuk
2702 Ankeny Street
Oakton, VA 22124


Christopher Bove
9931 Broadsword Drive
Bristow, VA 20136


CitiBusiness Platinum Card
PO Box 183062
Columbus, OH 43218-3055


Claire & Warren Cox
3111 N Street NW
Washington, DC 20007


Clark-Hook Corportation
14506 Lee Road
Suite E
Chantilly, VA 20151


Clarke-Hook Corporation
14506 Lee Road
Suite E
Washington, DC 20515


Clayton Kemp Jr.
13943 Preacher Chapman Place
Clifton, VA 20124


Clem & Barbara Gaskill
4227 Yuma Street NW
Washington, DC 20016


Collot Guerard
4862 Church Lane
Galesville, MD 20765

Colonial Parking, Inc.
1050 Thomas Jefferson St., N.W
Suite 100
Washington, DC 20007


Connie Olivera
42960 Deer Chase Place
Ashburn, VA 20147


County of Fairfax
P.O. Box 10202
Fairfax, VA 22035


County of Fairfax
Dept of Tax Administration
P.O. Box 10202
Fairfax, VA 22031


Courtney & Mike Graham
2101 Russel Road
Alexandria, VA 22301


Dacor
1440 Bridge Gate Drive
Diamond Bar, CA 91765


Daniel Blair
400 Massachusetts Ave NW
Apt 320
Washington, DC 20001


Daniel Horton
10409 Hunter Station Road
Vienna, VA 22181


Daniel Slayback
1731 Willard St NE
Apt 503
Washington, DC 20009


Danish Builders, Inc.
328-A N. Stonestreet Ave
Rockville, MD 20850

David & Ann Biette-Timmons
4638 34th St South
Arlington, VA 22206


David & Linda Carr
21225 Greenbrier Court
Ashburn, VA 20147


David Farrell
2755 Oakton Plantation lane
Vienna, VA 22181


David Gelles
418 U Street NW
Washington, DC 20001


David Snowhook
11706 Flemish Mill Court
Oakton, VA 22124


Davis Ensor
726 Lawton Street
Mc Lean, VA 22101


Davye Gould
1965 Biltmore Street NW
Washington, DC 20009


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Denis Morgan
1127 G Street NE
Washington, DC 20002


Denny Contracting
Jason Denny
1013 Monroe St
Herndon, VA 20170


Diane Defranco
507 Aron Lake Drive
Great Falls, VA 22066

Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290-0001


Eastern Marketing
24 Eisenhower Parkway
Roseland, NJ 07068


Electrolux
250 Bobby Jones Expressway
Augusta, GA 30907


Elizabeth Miller
1418 33rd Street NW
Washington, DC 20007


ELizabeth Wallace
2747 Brandywine Street NW
Washington, DC 20008


Emily Hunter
2972 Wilson Ave
Oakton, VA 22124


Enzo Group LLC
6615 Tucker Ave
Mc Lean, VA 22101


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


F. David Clarke
4925 Lowell Street NW
Washington, DC 20016


Fairfax Water
8750 Executive Park Avenue
Fairfax, VA 22031


Frank & Shadi Wegerich
1107 Morningwood Lane
Great Falls, VA 22066

Frank Etro
11 East Loudoun Street
Round Hill, VA 20141


Fred Sowers
1705 Q Street NW
Washington, DC 20009


Fredrick R. Tucker
13405 Birch Bark Court
Fairfax, VA 22033


G & C Express Auto & Fleet Svc
14008 Willard Road
Chantilly, VA 20151


Gary Koenig
982 N. Quintana St
Arlington, VA 22205


GECAF ABD/GEMB
P.O. Box 8726
Dayton, OH 45401


George & Gianne Wallace
4637 Kemp Court
Alexandria, VA 22311


Gerardo Del Cerro
1886 Monroe Street NW
Washington, DC 20010


Goldstone Inn and Estate
Christopher Carey
36205 Snake Hill Road
Middleburg, VA 20117


Gordon & Juliana MacDowell
38992 Paynes Lane
Hamilton, VA 20158


Government of D.C.
Office of Tax and Revenue
941 North Capitol St., NE
Washington, DC 20002

Greg Lovejoy
1401 17th Street NW
Unit 909
Washington, DC 20036


Groves Construction Co. Inc.
5101 River Road Suite 110
Bethesda, MD 20816


Hadco (Drittol Corp)
P.O. Box 945505
Atlanta, GA 30394


Harlan Strauss
423 6th Street SE
Washington, DC 20003


Harry Hammond
17213 Larosa Drive
Rockville, MD 20855


Heidi Wagner
6331 Old Chesterbrook Drive
Mc Lean, VA 22101


Herbert Alff
13926 Vally Country Drive
Chantilly, VA 20151


Home & Design
12501 Prosperity Dr.
#150
Silver Spring, MD 20904


Howard Shockey & Sons
P.O. Box 2560
Winchester, VA 22604


Hugh & Ann Sockett
19885 Naples Lakes Terrace
Ashburn, VA 20147


InstallinkOnc.
119 Washington Street
Occoquan, VA 22125

Intercounty Appliances Corpora
P.O. Box 709
Medford, NY 11763


Irving Brown
2303 Toddsbury Pl
Reston, VA 20191


J. Alejandro Gutierrez
4919 Flanders Ave
Kensington, MD 20895


James & Marcia Ferguson
3824 Nash Street, SE
Washington, DC 20020


Janice Ricks
2751 Marshall Lake Drive
Oakton, VA 22124


Jean Seline
The Design Collection
3407 Vermont Street
Arlington, VA 22207


Jean Thompson
10101 Copper Court
Oakton, VA 22124


Jerome Peterson
9255 Cardinal Forest Lake #101
Lorton, VA 22079


Jerry Cayford - Cassat Design
Washington, DC 20016


Jilian McNamara
1244 Colonial Road
Mc Lean, VA 22101


Joanne & Rob Hindman
9930 Arnon Chapel Road
Great Falls, VA 22066

Joanne Connolly
15106 General Stevens Court
Chantilly, VA 20151


John & Juliana Grayson
1337 Gallatin Street NW
Washington, DC 20011


John Cozzens
1045 N. Utah Street
Unit 413
Arlington, VA 22201


John Edwards
4131 Teton Place
Alexandria, VA 22312


John Feegel
37306 Hunting Hill Lane
Purcellville, VA 20132


John McDonald
5801 Ottawa Road
Centreville, VA 20120


John Nelson
9604 Tackroom lane
Great Falls, VA 22066


John O'Dowd
3210 Grace Street NW
Washington, DC 20007


Joseph
1681 Popular Grove Drive
Reston, VA 20194


Joy K. Hughes
6004 Morgan Court
Alexandria, VA 22312


Joy Williams
1722 Baldwin Drive
Mc Lean, VA 22101

Juddith Levy
744 Ridge Drive
Mc Lean, VA 22101


Julian McNamara
1244 Colonial Road
Mc Lean, VA 22101


Kaiser Permanente
2101 E. Jefferson St
Box 6611
Rockville, MD 20849


Karen McClure
6164 1st Place NE
Washington, DC 20011


Kate & Andy Karl
3800 Benton St NW
Washington, DC 20007


Kate & Diggs, Brett Kirkpatric
6136 N. 22nd Street
Arlington, VA 22205


Kathleen Nebeker
310 N Van Buren St
Falls Church, VA 22046


Kathryn Harris
2000 Annies Way
Vienna, VA 22182


Keith & Theresa Filzen
6681 River Ford Court
Manassas, VA 20112


Kim Farmer
1218 N Carolina Ave, NE
Washington, DC 20002


Kim Hazel
15 Castle Cliff Court
Silver Spring, MD 20904

Kristen Fennel
407 Onondio Circle
Vienna, VA 22180


Laura Waldo
20758 Quiet Brook Place
Sterling, VA 20165


Laureen Gennin
737 Quaker Run Road
Madison, VA 22727


Lawrence Beck
7311 Pinecastle Road
Falls Church, VA 22043


Lee Carosi-Dunn
519 South Lee Street
Alexandria, VA 22314


Lesley LaMothe
1306 34th Street, NW
Washington, DC 20007


Linda Kozero
3011 Phyllmar Pl
Oakton, VA 22124


Linda Strickman
4317 Sheridan Street
Hyattsville, MD 20782


Lisa Collis
505 S. Lee St
Alexandria, VA 22314


Lisa Mutschler
47803 Blockhouse Point Place
Sterling, VA 20165


Lisa Richmond
14922 Jaslow Street
Centreville, VA 20120

Liz Potemra-Bulhoes
10402 Stone Ridge Lane
Vienna, VA 22182


LJ White
13606 Yellow Popular Drive
Centreville, VA 20120


Loren Perlstein
8504 Wild Spruce Dive
Springfield, VA 22153


Lori Blevins
7441 Meadow View lane
The Plains, VA 20198


Luxe Properties, LLC
408 Branch Road SE
Vienna, VA 22180


Lynn Kennedy
40903 Grenata Preserve Pl
Leesburg, VA 20175


Mae & Andy Grennan
4948 Lowell Street NW
Washington, DC 20016


Margaret Smith
3000 Tilden Street
Apt 301
Washington, DC 20008


Marie Chernowetz
791 Shephanie Circle
Great Falls, VA 22066


Marilyn Heffron
11020 Blue Roan Road
Oakton, VA 22124


Marilynn Dement
105 Shady Bluff Point
Williamsburg, VA 23188

Mark Proctor
4319 Galesburg Lane
Chantilly, VA 20151


Mark Zuckerman
11718 Gainsborough Road
Potomac, MD 20854


Marnie Vanderpoel
6272 Kingfisher Lane
Alexandria, VA 22312


Mary & Robert Mosley
1852 Clover Meadow Drive
Vienna, VA 22182


Mary Lavigne
8916 Longstreet Drive
Manassas, VA 20110


Maureen & Ned Hannan
2499 Carol Place
Falls Church, VA 22046


Melissa Ramos
405 North St NE
Leesburg, VA 20176


Merchandise Mart Properties
Suite 470 The Merchandise Mall
Chicago, IL 60654


Micharl Carr
1718 15th Street NW
Washington, DC 20009


Miele, Inc.
9 Independence Way
Princeton, NJ 08540


Mike & Debbie Rider
1830 Corcoran St. NW
Washington, DC 20009

Mike Burke
6487 Wishbone Terrace
Cabin John, MD 20818


Mike Gorkowski
2002 Carrhil Road
Vienna, VA 22181


Mike Wolfe
22124 Woodwinds Drive
Leesburg, VA 20175


MJA Design
4809 Catharpin Road
Gainesville, VA 20155


Molly Cashin
3120 Woodley Road NW
Washington, DC 20008


Moto.Axis Studio
c/o James Phillips
1429 5th Street NW
Washington, DC 20001


Mr & Mrs Samuel Eades
3609 Brightseat Road
Hyattsville, MD 20785


Mr. & Mr.s Chaeng
c/o Clive Christian of DC
1727 Stonebridge Road
Alexandria, VA 22304


Nancy Laforge
12609 Camberley Forest Dr
Herndon, VA 20171


NG Wai-Ping
23 Pier Side Drive
Suite 219
Baltimore, MD 21230

Nicely Done Kitchens
8934 Burke Lake Road
Springfield, VA 22151


Nick,sNelson, Julienne Burgess
2825 28th Street, NW
Washington, DC 20008


Northesat Harbor Group
1414 22nd St. NW
Washington, DC 20037


O'Neill Development Corp
Brewster-Lipscomb House
11 Russell Ave
Gaithersburg, MD 20877


Pat Greco
5818 North 26th St
Arlington, VA


Patrick Chesnut
13517 King Charles Dr
Chantilly, VA 20151


Patti Vaughn
1624 Irvin Street
Vienna, VA 22182


Patty FInch
820 Great Cumberland Road
Mc Lean, VA 22102


Paul & Wendy Morigi
2501 Calvert Street NW
Washington, DC 20007


Paul Sunkes
4000 Cathederal Ave NW
Washington, DC 20016


Paychex
3960 Stillman Pkwy
Suite 100
Glen Allen, VA 23060

PEPCO
701 Ninth Street, NW
Washington, DC 20068-0001


Peter & Debbie Roth-Locker
7449 Arlington Road
Bethesda, MD 20814


Priscilla Ray
2340 S Rolfe Street
Arlington, VA 22202


Purcell Murray
185 Park Lane
Brisbane, CA 94005


R. J. Dolley & Const Co.
8725 Bollman Place, #3
Savage, MD 20763


Rich & Karen Allen
8006 Springfield Village Drive
Springfield, VA 22153


Rich Tanenbaum
1424 Swan Street NW
Washington, DC 20009


Richard and Martine Burg
5 Wandering Trail Court
Potomac, MD 20854


Richard Fowler
4536 29th Street NW
Washington, DC 20008


Rick & Heidi Stewart
8001 Greenwich Woods Drive
Mc Lean, VA 22102


Ridge Associates
8080 Enon Church Road
The Plains, VA 20198

Robert E. Ready
3916 Rust Hill Place
Fairfax, VA 22030


Robert J. Kaufman
815 King Street
Suite 202
Alexandria, VA 22314


Robert Shields Interiors
2480 16th Street NW
Suite 6A
Washington, DC 20009


Robin Greenstreet
11566 Lake Newport Road
Reston, VA 20194


Roby Fields
11 401 Commonwealth Drive
Suite T-2
Rockville, MD 20852


Roger & Karen Sachse
9103 Triple Ridge Road
Fairfax Station, VA 22039


Roger Uhar
3075 Canal Street, NW
Washington, DC 20007


Rosemary Furaro
511 Queen Street
Alexandria, VA 22314


Royal Services


Sam Ozeck
1011 Arlington Blvd
Suite 1019
Arlington, VA 22209

Sam Wilson
11451 Purple Beech Drive
Reston, VA 20191


Samuel Duncan
5224 Remington Drive
Alexandria, VA 22309


Sandy Mitchell Designs
16 Revell Street
Annapolis, MD 21401


Scott Bollar
43244 Overview Place
Leesburg, VA 20176


Scott Kasprowicz
22639 Foxcroft Road
Middleburg, VA 20117


Scott Mazza
621 Potomac River Road
Mc Lean, VA 22102


Service Doctors
14155 Sullyfield Circle
Chantilly, VA 20151


Sheila Jennelle
14606 Grainery
Centreville, VA 20121


Shirley Bowman
12916 Fox Bow Drive
Unit 407
Upper Marlboro, MD 20774


Signature Marketing
103 Fairfield Road
Fairfield, NJ 07004


Stephanie & Mehdi Bishop-Fateh
4409 W Street NW
Washington, DC 20007

Steve & Susan Douthat
4 Seasons Masonry
4105 Marble Lane
Fairfax, VA 22033


Steve Anthony
3509 Armfield Farm Drive
Chantilly, VA 20151


Steve Atkiss
5916 Bradley Blvd
Bethesda, MD 20814


Steve Goldstein
3608 Davenport St, NW
Washington, DC 20008


Steve Terry
c/o Hadco (Drittol Corp)
P.O. Box 945505
Atlanta, GA 30394


Stuart Kitchens, Inc.
1359 Beverly Road
Suite 100
Dulles, VA 20101


Studio Snaidero DC
300 D Street SW
Suite C-20
Washington, DC 20024


Sully Carpet & Interiors
13970 Metrotech Dr
Chantilly, VA 20151


Sundra Printing
14508-C Lee Road
Chantilly, VA 20151


Suneel Kupur
8600 Hardsdale Ave
Bethesda, MD 20817

Susan Abel
2712 Fox Mill Road
Herndon, VA 20171


Susan Pettey
220 N. Royal Street
Alexandria, VA 22314


Susana Kerstein
3647 Eldeberry Place
Fairfax, VA 22033


Tabor Design Build Inc
6813 5th Street NW
Washington, DC 20012


Textron Financial Corp
P.O. Box 855
Columbus, OH 43085


Thang Nguyen
25409 Lisa Terrace
Aldie, VA 20105


The Company Corporation
2711 Centreville Road
Wilmington, DE 19808


The Connection Newspapers
P.O. Box 9465
Mc Lean, VA 22102


The Fretz Corporation
2001 Woodhaven Road
Philadelphia, PA 19116


The Washington Post
1150 15th Street NW
Washington, DC 20071


The Washingtonian
1828 L Street #200
Washington, DC 20036

The William Detty Company
P.O. Box 915
Mc Lean, VA 22101


Thomas Rehermann
5618 Johnson Ave
Bethesda, MD 20817


Tien Claudio
1845 Calvert Street NW
Washington, DC 20009


Tom & Connie Ogorchock
13930 Shelter Manor Drive
Haymarket, VA


Tom Bryant
3254 Whitebarn Court
Herndon, VA 20171


Tony Lachick
6515 Rockland Drive
Clifton, VA 20124


TurboChef Technologies, Inc
Six Concourse Parkway
Suite 1900
Atlanta, GA 30328


United Bank, Inc.
514 Market St.
Parkersburg, WV 26102-0086


United Products Distribution
1200 68th Street
Rosedale, MD 21237


Untegrated Systems America, In
816 Constellation Drive
Great Falls, VA 22066


Valerie Page
506 Lloyds Lane
Alexandria, VA 22302

Verizon
P.O. Box 660720
Dallas, TX 75266


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002


Verolan Communications
14220-K Sullyfield Cir
Chantilly, VA 20151


Victor Lau
9708 Flintridge Crout
Fairfax, VA 22032


Victoria Cherpes
2114 Carrhill Road
Vienna, VA 22181


Victoria Peckham
520 N Street SW
Suite South 521
Washington, DC 20024


Virginia Department of Taxatio
PO Box 26626
Richmond, VA 23261


Vrejoohie Armenian
6006 Balsam Drive
Mc Lean, VA 22101


Walter & Mahan Kamait
7305 Alaska Ave NW
Washington, DC 20012


Warren Martin
6418 Nobel Court
Clifton, VA 20124


Washington Gas
101 Constitution Avenue, N.W.
Washington, DC 20080

Wayne Fox
12419 Clifton Hont Drive
Clifton, VA 20124


Welch Graham Odgen Insur Inc
7896 Donegan Dr
Manassas, VA 20109


Whirlpool Corporation
2000 M-63, MD7560
Benton Harbor, MI 49022


Whiting-Turner
3431 Carlin Springs Road
Falls Church, VA 22041


Will Zehnder
223 Oronoco Street
Alexandria, VA 22314


William & Patricia Anthony
P.O. Box 114
Brownsburg, VA 24415


William L. Brennan
42435 Iron Bit Place
Chantilly, VA 20152


William Nalls
4204 Marble Lane
Fairfax, VA 22033

# United States Bankruptcy Court
### Eastern District of Virginia

In re  Newhart's, Inc.

Debtor(s)

Case No.

Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Newhart's, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 29, 2007

Date

/s/ Thomas P. Gorman VA Bar

Thomas P. Gorman VA Bar #26421

Signature of Attorney or Litigant

Counsel for  Newhart's, Inc.

TYLER BARTL GORMAN & RAMSDELL, P.L.C.

700 SOUTH WASHINGTON STREET, SUITE 216
ALEXANDRIA, VA 22314
(703) 549-5000 Fax:(703) 549-5011