*Yuri and Leila Koshkin*

**249 Springvale Road, Great Falls, VA 22066**
Tel.: 703-757-0604

December 11, 2007

The Honorable Judge Stephen S. Mitchell
Bankruptcy Court
200 South Washington St.
Alexandria, VA 22314



RE:  <u>Bankrupt Newhart's Inc dba Foremost Appliances, Case 0713684</u>

Your Honor,

    It is my understanding that you are presiding over the above referenced case. We were advised that Foremost Appliances is in bankruptcy. We were further informed that the list of creditors does not include our name -- this despite the fact that Foremost Appliances charged us $32,089.00 and never delivered any goods or services.

    Enclosed is a copy of the contract between Foremost Appliances and ourselves. The first payment, for $15,507.00, was made on February 27, 2007. The second amount, $16,582.00, was charged on August 21, 2007.

    Please note with regard to the second payment that Don Collins of Foremost Appliances never asked for our permission, nor did he give us any prior notice before charging our American Express account for $16,582.00. We signed a contract with Stuart Kitchens on August 29, 2007 and called Foremost Appliances with regard to that -- only to find out that the entire amount had already been charged without our knowledge.

    It is also noteworthy that we have never been advised about the bankruptcy action. We would like to make sure that our name is on the list of creditors. I have written separately to Mr. Gordon Peyton, copied on this letter, who, we were told acts as a Bankruptcy Trustee in this matter. We can be reached at: 703-757-0604 (home) or 703-850-3776 (Leila Koshkin's cell).

Thank you and best regards,

*Yuri Koshkin*

cc:    Gordon Peyton
Enclosure

## *Yuri and Leila Koshkin*

**249 Springvale Road, Great Falls, VA 22066**
**Tel.: 703-757-0604**

December 10, 2007

Mr. Gordon Peyton
Bankruptcy Trustee
510 King St., Suite 301
Alexandria, VA 22314

RE:  Bankrupt Newhart's Inc dba Foremost, Case 0713684

Dear Mr. Peyton,

    We were advised that Foremost Appliances is in bankruptcy. We were further informed that the list of creditors does not include our name -- this despite the fact that Foremost Appliances charged us $32,089.00 and never delivered any goods or services.

    Enclosed is a copy of the contract between Foremost Appliances and ourselves. First payment, for $15,507.00, was made on February 27, 2007. The second amount, $16,582.00, was charged on August 21, 2007.

    Please note with regard to the second payment that Don Collins of Foremost Appliances never asked for our permission, nor did he give us any prior notice before charging our American Express account for $16,582.00. We signed a contract with Stuart Kitchens on August 29, 2007 and called Foremost Appliances with regard to that -- only to find out that the entire amount had already been charged without our knowledge.

    It is also noteworthy that we have never been advised about the bankruptcy action. We would like to make sure that our name is on the list of creditors. We would also want to be instructed as to the actions we need to take in this regard. We can be reached at: 703-757-0604 (home) or 703-850-3776 (Leila Koshkin's cell).

    This letter is copied to Mr. Tom Gorman, Foremost Appliances' attorney, we were told.

    Thank you and best regards,

    Yuri Koshkin

cc:    Tom Gorman
Enclosure



Foremost Appliances Chantilly
14501-D Lee Jackson Mem Hwy
Chantilly, VA  20151
703-968-8079  Fax: 703-968-9536
Washington Design Center 300 D St, SW
Washington, DC 20024 202-646-0885  Fax: 202-646-0899

| Order #: | 10072 |
|---|---|
| Order Date: | 02/27/2007 |
| Page: | 1 |
| Customer #: | 9944140 |

**Ship To:**
KOSHKIN, LEILA
TO BE PROVIDED

**Bill To:**
KOSHKIN, LEILA

Phone: 703-757-0604        Alternate Phone
Reference:                 Cust PO:                        Salesperson: DON

| Mfr | Stock Code | Description | Qty | Price | Extended |
|---|---|---|---|---|---|
| SUB-ZERO | 427R/G-LH | INTEGRATED WINE UNIT/ REFRIGERATOR W/ GLASS DOOR - LEFT HINGE | 1 | 5,737.00 | 5,737.00 |
| SUB-ZERO | 700TCI-RH | TALL REFRIG WITH FREEZER DRAWERS / ICEMAKER / RIGHT HINGE | 1 | 5,535.00 | 5,535.00 |
| FRANKE | 900 | STRAINER BASKET | 1 | 22.00 | 22.00 |
| MIELE | CVA4070-S | WHOLE BEAN COFFEE SYSTEM | 1 | 2,399.00 | 2,399.00 |
| WOLF | DD36CONTROL/S | STAINLESS 36 INCH CONTROL MODULE FOR DD36 DOWNDRAFT | 1 | 314.00 | 314.00 |
| WOLF | DD36I | 36 INCH DOWNDRAFT WITH 500CFM INTERNAL BLOWER - CONTROL MODULE REQUIRED | 1 | 970.00 | 970.00 |
| MIELE | DG4080S | DG4080 CONVECTION STEAM OVEN ? 60 CM STAINLESS | 1 | 2,199.00 | 2,199.00 |
| MIELE | EBA4470S | EBA 4470 FILLER STRIPS - SPEED OR STEAM OVEN 70 CM WIDTH - STAINLESS STEEL | 1 | 329.00 | 329.00 |
| MIELE | ESW4710S | ESW4710 CONVECTION WARMING DRAWER ? 70 CM STAINLESS | 1 | 1,079.00 | 1,079.00 |
| MIELE | G2670SCVI | EXCELLA SERIES FULLY INTEGRATED DW W CUTLERY TRAY NEEDS GFVI OR CUSTOM DOOR PANEL | 1 | 1,799.00 | 1,799.00 |
| MIELE | H4080BMS | H4080BM SPEED OVEN 60 CM STAINLESS | 1 | 2,499.00 | 2,499.00 |
| MIELE | H4780BPS | H4780BP SELF CLEAN OVEN ? 70 CM STAINLESS | 1 | 3,199.00 | 3,199.00 |
| FRANKE | HT-200 | LB HEATING TANK & CONNECTOR | 1 | 145.00 | 145.00 |
| MIELE | KM391G-BK | BLACK 36 INCH 5 BURNER COOKTOP WITH SUPERBURNER - NATURAL GAS | 1 | 1,549.00 | 1,549.00 |
| FRANKE | LB1000 | LITTLE BUTLER HOT WATER DISP-CHROME | 1 | 139.00 | 139.00 |
| FRANKE | LKS01 | ELECTRONIC STAINLESS STEEL SCALE | 1 | 145.00 | 145.00 |
| FRANKE | PR31C | PRESTIGE GRID DRAINER CHROME | 1 | 43.00 | 43.00 |
| FRANKE | PR50C | PRESTIGE BASKET & PLATE RACK CHROME | 1 | 75.00 | 75.00 |
| FRANKE | PRX120 | COMPLETE PRESTIGE PLUS UNDERMT 1 1/2 | 1 | 506.00 | 506.00 |
| LABOR | SHOW | FOREMOST APPLIANCES PAYS THE SALES TAX ON THIS ORDER | 1 | 0.00 | 0.00 |
| MIELE | T1413-LH | TOUCHTRONIC VENTED DRYER - LEFT HINGE - ANGLED CONTROL - HONEYCOMB DRUM | 1 | 1,399.00 | 1,399.00 |
| SUB-ZERO | TTDUAL | DUAL INSTALLATION KIT FOR TWO 700 TALL UNITS TOGETHER OR 427 427R | 1 | 158.00 | 158.00 |

|  |  |
|---|---|
| SubTotal: | 32,089.00 |
| Tax: | 1,604.45 |
| Total: | 33,693.45 |

Credit:      0.00  Cash:      0.00  Check:      0.00  Charge:  15,507.00  Debit:      0.00

| Balance: | 18,186.45 |
|---|---|

All merchandise received from Foremost has been sold new, in-cartons, unless otherwise noted, and is covered by the manufacturers limited warranty. All merchandise ordered from Foremost must be paid for in full two weeks prior to the initial estimated delivery, installation or pickup date. All merchandise is subject to the manufacturers ability to supply Foremost. Delivery and installation rates are estimates only and may be higher at the time of delivery or installation. Sub-contracted companies carry their own insurances.Customer is responsible for paying installers directly. Unopened original carton 15% restocking fee. Opened or Missing carton 30% restocking fee. Merchandise cannot be returned after 30 days. Special Orders are not refundable. All returns subject to in/out freight charges.



Foremost Appliances Chantilly
14501-D Lee Jackson Mem Hwy
Chantilly, VA 20151
703-968-8079  Fax: 703-968-9536
Washington Design Center 300 D St, SW
Washington, DC 20024  202-646-0885  Fax: 202-646-0899

| | |
|---|---|
| Order #: | 10072 |
| Order Date: | 02/27/2007 |
| Page: | 2 |
| Customer #: | 9944140 |

| Ship To: | Bill To: |
|---|---|
| KOSHKIN, LEILA<br>TO BE PROVIDED | KOSHKIN, LEILA |

| Phone: 703-757-0604 | Alternate Phone | | | |
|---|---|---|---|---|
| Reference: | Cust PO: | Salesperson: DON | | |

| Mfr | Stock Code | Description | Qty | Price | Extended |
|---|---|---|---|---|---|
| MIELE | W1213-RH | TOUCHTRONIC WASHER - RIGHT HINGED - ANGLED CONTROLS | 1 | 1,849.00 | 1,849.00 |

\*\*\* 02/23/2007 02:25 pm \*\*\*

DELIVERY & INSTALLATION NOT INCLUDED

    Charged To: American Express
    Card Number: 371389924932039        12/07

Signature: _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | SubTotal: | 32,089.00 |
| | | | | | | Tax: | 1,604.45 |
| | | | | | | Total: | 33,693.45 |
| Credit: | 0.00 | Cash: | 0.00 | Check: | 0.00 Charge: | 15,507.00 Debit: | 0.00 |
| | | | | | | Balance: | 18,186.45 |

All merchandise received from Foremost has been sold new, in-cartons, unless otherwise noted, and is covered by the manufacturers limited warranty. All merchandise ordered from Foremost must be paid for in full two weeks prior to the initial estimated delivery, installation or pickup date. All merchandise is subject to the manufacturers ability to supply Foremost. Delivery and installation rates are estimates only and may be higher at the time of delivery or installation. Sub-contracted companies carry their own insurances. Customer is responsible for paying installers directly. Unopened original carton 15% restocking fee. Opened or Missing carton 30% restocking fee. Merchandise cannot be returned after 30 days. Special Orders are not refundable. All returns subject to in/out freight charges.