# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: NEWHART'S, INC. | § | Case No. 07-13684-SSM |
| | § | |
| APPLIANCES, FOREMOST | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

GORDON P. PEYTON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $44,354.34 | Assets Exempt: $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $64,448.70 | Claims Discharged Without Payment: $3,971,119.98 |
| Total Expenses of Administration: $43,672.80 | |

3) Total gross receipts of $ 108,121.50 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $108,121.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $424,219.51 | $466,949.75 | $118,185.96 | $64,448.70 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 71,766.23 | 71,766.23 | 43,672.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 144,788.68 | 1,918,084.70 | 1,009,660.29 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,819,027.40 | 2,369,206.71 | 2,137,228.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,388,035.59 | $4,826,007.39 | $3,336,840.64 | $108,121.50 |

4)  This case was originally filed under Chapter 7 on November 29, 2007. The case was pending for 39 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2011_____    By: /s/GORDON P. PEYTON_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | 1229-000 | 98,666.50 |
| BANK ACCOUNTS AT CARDINAL BANK | 1129-000 | 5,133.85 |
| CD AT UNITED BANK | 1129-000 | 4,048.17 |
| Interest Income | 1270-000 | 272.98 |
| **TOTAL GROSS RECEIPTS** | | $108,121.50 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE COMMERCIAL DISTRIBUTION FINANCE CORP. | 4110-000 | 329,655.00 | 335,369.59 | 0.00 | 0.00 |
| 5 | TEXTRON FINANCIAL CORPORATION | 4110-000 | 12,948.00 | 13,206.96 | 0.00 | 0.00 |
| 6S | BARBARA ROSE | 4110-000 | N/A | 7,606.21 | 7,606.21 | 0.00 |
| 65 | FAIRFAX COUNTY, VA | 4110-000 | 200.00 | 187.24 | 0.00 | 0.00 |
| 80 | DACOR | 4110-000 | 41,066.70 | 46,131.05 | 46,131.05 | 0.00 |
| NOTFILED | GECAF ABD/GEMB | 4110-000 | 692.81 | N/A | N/A | 0.00 |
| NOTFILED | Whirlpool Corporation | 4110-000 | 39,657.00 | N/A | N/A | 0.00 |
| | GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION | 4210-000 | N/A | 64,448.70 | 64,448.70 | 64,448.70 |
| **TOTAL SECURED CLAIMS** | | | $424,219.51 | $466,949.75 | $118,185.96 | $64,448.70 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLARKE HOOK CORPORATION, INC. | 2410-000 | N/A | 23,298.11 | 23,298.11 | 12,336.16 |
| ROBERT M. MARINO, ESQUIRE | 3110-000 | N/A | 14,550.00 | 14,550.00 | 7,704.11 |
| ROBERT M. MARINO, ESQUIRE | 3120-000 | N/A | 375.21 | 375.21 | 198.67 |
| GORDON P. PEYTON | 2100-000 | N/A | 5,117.28 | 5,117.28 | 2,709.56 |
| WASHINGTON DESIGN CENTER SUBSIDIARY, LLC | 2410-000 | N/A | 15,997.80 | 15,997.80 | 8,470.71 |
| GORDON P. PEYTON | 2200-000 | N/A | 120.32 | 120.32 | 63.71 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 132.37 |
| N.T. ARRINGTON | 3620-000 | N/A | 1,783.44 | 1,783.44 | 1,783.44 |
| MRSC INSURANCE PARTNERS, LLC | 2300-000 | N/A | 307.81 | 307.81 | 307.81 |
| N.T. ARRINGTON AUCTIONEER AND APPRAISER | 3610-000 | N/A | 9,866.65 | 9,866.65 | 9,866.65 |
| MRSC INSURANCE PARTNERS, LLC | 2300-000 | N/A | 72.23 | 72.23 | 72.23 |
| MRSC INSURANCE PARTNERS, LLC | 2300-000 | N/A | 27.38 | 27.38 | 27.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 71,766.23 | 71,766.23 | 43,672.80 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | BARBARA ROSE | 5800-000 | 452.65 | 2,425.00 | 2,425.00 | 0.00 |
| 7P | CHEOR HONG (LUXE PROPERTIES, LLC) | 5800-000 | 7,243.14 | 2,425.00 | 2,425.00 | 0.00 |
| 8P | COMMONWEALTH OF VIRGINIA | 5800-000 | unknown | 908,424.41 | 0.00 | 0.00 |
| 8P-2 | COMMONWEALTH OF VIRGINIA | 5800-000 | N/A | 908,424.41 | 908,424.41 | 0.00 |
| 9 | CHRIS STUART | 5800-000 | unknown | 1,605.29 | 1,605.29 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 11 | JANICE RICKS | 5800-000 | unknown | 5,479.95 | 5,479.95 | 0.00 |
|---|---|---|---|---|---|---|
| 14P | WILL ZEHNDER | 5800-000 | 708.10 | 2,425.00 | 2,425.00 | 0.00 |
| 20P | LINDA KOZERO | 5800-000 | 1,174.29 | 2,425.00 | 2,425.00 | 0.00 |
| 21P | SUSAN PETTEY | 5800-000 | 375.90 | 2,425.00 | 2,425.00 | 0.00 |
| 28P | KATE KIRKPATRICK AND BRETT DIGGS | 5800-000 | 14,802.90 | 2,425.00 | 2,425.00 | 0.00 |
| 29 | HERBERT ALFF | 5800-000 | 1,800.00 | 1,958.00 | 1,958.00 | 0.00 |
| 33 | VICTORIA PECKHAM | 5800-000 | unknown | 1,992.33 | 1,992.33 | 0.00 |
| 40 | JOANNE CONNOLLY | 5800-000 | 1,566.60 | 1,566.60 | 1,566.60 | 0.00 |
| 44P | ROSEMARY FURARO | 5800-000 | 14,000.00 | 4,850.00 | 4,850.00 | 0.00 |
| 46P | ANTHONY C. Y. CHENG | 5800-000 | 21,599.42 | 2,425.00 | 2,425.00 | 0.00 |
| 48P | DANIEL HORTON | 5800-000 | 1,170.80 | 2,425.00 | 2,425.00 | 0.00 |
| 49 | FRED SOWERS | 5800-000 | unknown | 4,650.89 | 4,650.89 | 0.00 |
| 51 | COLLOT GUERARD | 5800-000 | unknown | 4,660.32 | 4,660.32 | 0.00 |
| 52 | LAUREEN GENNIN | 5800-000 | 40,409.20 | 21,000.00 | 21,000.00 | 0.00 |
| 56P | GARY KOENIG | 5800-000 | unknown | 2,425.00 | 2,425.00 | 0.00 |
| 62P | GEORGE & GIANNE WALLACE | 5800-000 | unknown | 2,425.00 | 2,425.00 | 0.00 |
| 63P | GREG LOVEJOY | 5800-000 | 3,478.12 | 2,425.00 | 2,425.00 | 0.00 |
| 64P | WILLIAM & PATRICIA ANTHONY | 5800-000 | 616.70 | 2,425.00 | 2,425.00 | 0.00 |
| 73 | MOLLY CASHIN | 5800-000 | 16,100.00 | 16,100.00 | 16,100.00 | 0.00 |
| 77 | PATRICK CHESNUT | 5800-000 | unknown | 997.50 | 997.50 | 0.00 |
| 83P | DAVID SNOWHOOK | 5800-000 | unknown | 2,425.00 | 2,425.00 | 0.00 |
| 88P | CAROL PETERSEN | 5800-000 | 367.21 | 2,425.00 | 2,425.00 | 0.00 |
| 91P | BRYAN'S HOME REMODELING | 5800-000 | 7,038.65 | 2,425.00 | 2,425.00 | 0.00 |
| NOTFILED | Christopher Bove | 5800-000 | 2,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Clayton Kemp Jr. | 5800-000 | 1,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Clayton Kemp Jr. | 5800-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Harry Hammond | 5800-000 | 1,730.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph | 5800-000 | 1,730.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 144,788.68 | 1,918,084.70 | 1,009,660.29 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BETTE MACGREGOR COLLINS, ASID | 7100-000 | N/A | 10,144.00 | 10,144.00 | 0.00 |
| 3 | STEPHANIE & MEHDI FATEH | 7100-000 | 5,812.34 | 5,812.34 | 5,812.34 | 0.00 |
| 4 | SNAKE HILL FARMS LLC | 7100-000 | 17,329.20 | 11,437.27 | 11,437.27 | 0.00 |
| 7U | CHEOR HONG (LUXE PROPERTIES, LLC) | 7100-000 | N/A | 15,579.25 | 15,579.25 | 0.00 |
| 8U | COMMONWEALTH OF VIRGINIA | 7100-000 | N/A | 224,636.97 | 0.00 | 0.00 |
| 8U-2 | COMMONWEALTH OF VIRGINIA | 7100-000 | N/A | 224,636.97 | 224,636.97 | 0.00 |
| 10 | THANG NGUYEN | 7100-000 | unknown | 838.95 | 838.95 | 0.00 |
| 12 | LOREN PERLSTEIN | 7100-000 | unknown | 1,293.60 | 1,293.60 | 0.00 |
| 13 | ROBERT E. READY | 7100-000 | 10,367.58 | 4,609.00 | 0.00 | 0.00 |
| 13 -2 | ROBERT E. READY | 7100-000 | N/A | 4,609.00 | 4,609.00 | 0.00 |
| 14U | WILL ZEHNDER | 7100-000 | N/A | 471.60 | 471.60 | 0.00 |
| 15 | HUGH & ANN SOCKETT | 7100-000 | unknown | 607.95 | 607.95 | 0.00 |
| 16 | HOMESTYLE'S MEDIA, INC. | 7100-000 | 11,000.00 | 13,042.05 | 13,042.05 | 0.00 |
| 17 | CHARLES CULLEN | 7100-000 | unknown | 5,969.53 | 5,969.53 | 0.00 |
| 18 | EASTERN MARKETING | 7100-000 | 125,000.00 | 54,303.84 | 54,303.84 | 0.00 |
| 19 | MIKE WOLFE | 7100-000 | 1,286.90 | 1,000.00 | 1,000.00 | 0.00 |
| 20U | LINDA KOZERO | 7100-000 | N/A | 3,007.94 | 3,007.94 | 0.00 |
| 21U | SUSAN PETTEY | 7100-000 | N/A | 4,798.05 | 4,798.05 | 0.00 |
| 22 | KIM FARMER | 7100-000 | 200.73 | 3,491.03 | 3,491.03 | 0.00 |
| 23 | ROGER UHAR | 7100-000 | unknown | 1,605.29 | 1,605.29 | 0.00 |
| 24 | INTERCOUNTY APPLIANCES CORPORATION | 7100-000 | 53,699.00 | 55,279.50 | 55,279.50 | 0.00 |
| 25 | AMERICAN EXPRESS BANK FSB | 7100-000 | 170,000.00 | 162,165.15 | 162,165.15 | 0.00 |
| 26 | CLARKE-HOOK CORPORATION | 7100-000 | unknown | 35,765.20 | 35,765.20 | 0.00 |
| 27 | R. J. DOLLEY & CONST CO., INC. | 7100-000 | 20,000.00 | 14,904.90 | 14,904.90 | 0.00 |
| 28U | KATE KIRKPATRICK AND BRETT DIGGS | 7100-000 | N/A | 2,478.00 | 2,478.00 | 0.00 |
| 30 | HARLAN STRAUSS | 7100-000 | 3,397.20 | 1,158.00 | 1,158.00 | 0.00 |
| 31 | BLANCO AMERICA | 7100-000 | 10,898.53 | 13,623.16 | 13,623.16 | 0.00 |
| 32 | MERCHANT SERVICES | 7100-000 | unknown | 467,944.70 | 467,944.70 | 0.00 |
| 34 | ABSOLUTE KITCHENS | 7100-000 | unknown | 2,452.00 | 2,452.00 | 0.00 |
| 35 | TOM & CONNIE OGORCHOCK | 7100-000 | 1,233.77 | 1,233.77 | 1,233.77 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 36 | DAVYE GOULD | 7100-000 | 315.89 | 15,514.58 | 15,514.58 | 0.00 |
|---|---|---|---|---|---|---|
| 37 | O'NEILL DEVELOPMENT CORP | 7100-000 | 20,462.56 | 8,574.40 | 8,574.40 | 0.00 |
| 38 | G & C EXPRESS AUTO & FLEET SVC | 7100-000 | 300.00 | 260.74 | 260.74 | 0.00 |
| 39 | BOB GEIPEL | 7100-000 | 172.80 | 3,456.00 | 3,456.00 | 0.00 |
| 41 | ACCIDENT FUND INSURANCE CO. OF AMERICA | 7100-000 | 9,000.00 | 215.00 | 215.00 | 0.00 |
| 42 | PEPCO | 7100-000 | 800.00 | 443.27 | 443.27 | 0.00 |
| 43 | MAE GRENNAN | 7100-000 | 14,192.88 | 16,500.00 | 16,500.00 | 0.00 |
| 44U | ROSEMARY FURARO | 7100-000 | N/A | 18,793.23 | 18,793.23 | 0.00 |
| 45 | CHARLES & DEBORAH SUTTON | 7100-000 | 12,000.00 | 12,349.42 | 12,349.42 | 0.00 |
| 46U | ANTHONY C. Y. CHENG | 7100-000 | N/A | 19,298.00 | 19,298.00 | 0.00 |
| 47 | LORI BLEVINS | 7100-000 | 3,843.95 | 1,618.00 | 1,618.00 | 0.00 |
| 48U | DANIEL HORTON | 7100-000 | N/A | 19,059.00 | 19,059.00 | 0.00 |
| 50 | JEROME PETERSON | 7100-000 | 1,999.00 | 1,999.00 | 1,999.00 | 0.00 |
| 53 | NANCY LAFORGE | 7100-000 | 6,325.55 | 5,750.50 | 5,750.50 | 0.00 |
| 54 | SIGNATURE MARKETING | 7100-000 | 50,000.00 | 48,318.00 | 48,318.00 | 0.00 |
| 55 | THE WASHINGTONIAN | 7100-000 | 10,000.00 | 9,389.90 | 9,389.90 | 0.00 |
| 56U | GARY KOENIG | 7100-000 | N/A | 6,176.60 | 6,176.60 | 0.00 |
| 57 | DAVID BIETTE & ANN TIMMONS | 7100-000 | 523.20 | 1,681.00 | 1,681.00 | 0.00 |
| 58 | DENNIS MORGAN | 7100-000 | unknown | 2,732.58 | 0.00 | 0.00 |
| 58 -2 | DENNIS MORGAN | 7100-000 | N/A | 2,732.58 | 2,732.58 | 0.00 |
| 59 | EMILY HUNTER | 7100-000 | unknown | 961.00 | 961.00 | 0.00 |
| 60 | LEE CAROSI-DUNN | 7100-000 | 412.50 | 8,800.00 | 8,800.00 | 0.00 |
| 61 | PATTY FINCH | 7100-000 | 9,693.20 | 9,693.20 | 9,693.20 | 0.00 |
| 62U | GEORGE & GIANNE WALLACE | 7100-000 | N/A | 945.50 | 945.50 | 0.00 |
| 63U | GREG LOVEJOY | 7100-000 | N/A | 864.00 | 864.00 | 0.00 |
| 64U | WILLIAM & PATRICIA ANTHONY | 7100-000 | N/A | 7,968.91 | 7,968.91 | 0.00 |
| 66 | HOWARD SHOCKEY & SONS, INC. | 7100-000 | 68,310.90 | 62,396.75 | 62,396.75 | 0.00 |
| 67 | FRANK ETRO | 7100-000 | unknown | 1,270.00 | 1,270.00 | 0.00 |
| 68 | MR & MRS SAMUEL EADES | 7100-000 | 3,298.50 | 3,298.50 | 3,298.50 | 0.00 |
| 69 | ARLINGTON CATHOLIC HERALD, INC. | 7100-000 | 8,000.00 | 7,837.50 | 7,837.50 | 0.00 |
| 70 | ACE APPLIANCE INSTALLERS, LLC | 7100-000 | 1,000.00 | 695.00 | 695.00 | 0.00 |
| 71 | EMILY HUNTER | 7100-000 | N/A | 961.00 | 961.00 | 0.00 |
| 72 | ALMO CORPORATION | 7100-000 | 121,220.99 | 121,220.99 | 121,220.99 | 0.00 |
| 74 | MIELE, INC. | 7100-000 | 38,609.36 | 38,609.36 | 38,609.36 | 0.00 |
| 75 | WILLIAM NALLS | 7100-000 | unknown | 460.95 | 460.95 | 0.00 |

| 76 | STEVE & SUSAN DOUTHAT | 7100-000 | 1,775.03 | 1,775.03 | 1,775.03 | 0.00 |
| 78 | STUDIO SNAIDERO DC | 7100-000 | 33,849.93 | 22,467.42 | 22,467.42 | 0.00 |
| 79 | AMERICAN EXPRESS BANK FSB | 7100-000 | 12,000.00 | 11,377.63 | 11,377.63 | 0.00 |
| 81 | JEAN SELINE, D/B/A THE DESIGN CONNECTION | 7100-000 | 2,204.89 | 8,334.10 | 8,334.10 | 0.00 |
| 82 | SUNEEL KUPUR | 7100-000 | 4,448.80 | 3,500.00 | 3,500.00 | 0.00 |
| 83U | DAVID SNOWHOOK | 7100-000 | N/A | 1,870.55 | 1,870.55 | 0.00 |
| 84 | HEIDI WAGNER | 7100-000 | 12,165.30 | 28,926.45 | 28,926.45 | 0.00 |
| 85 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC | 7100-000 | 10,000.00 | 63,001.41 | 63,001.41 | 0.00 |
| 86 | JOHN & JULIANA GRAYSON | 7100-000 | 523.31 | 9,101.00 | 9,101.00 | 0.00 |
| 87 | ABSOLUTE KITCHENS | 7100-000 | N/A | 2,452.00 | 2,452.00 | 0.00 |
| 88U | CAROL PETERSEN | 7100-000 | N/A | 8,887.14 | 8,887.14 | 0.00 |
| 89 | WASHINGTON DESIGN CENTER SUBSIDIARY, LLC | 7100-000 | unknown | 217,937.07 | 217,937.07 | 0.00 |
| 90 | WASHINGTON DESIGN CENTER SUBSIDIARY, LLC | 7100-000 | N/A | 90,175.57 | 90,175.57 | 0.00 |
| 91U | BRYAN'S HOME REMODELING | 7100-000 | N/A | 1,575.00 | 1,575.00 | 0.00 |
| 92 | UNITED PRODUCTS DISTRIBUTION | 7100-000 | 23,466.12 | 23,757.83 | 23,757.83 | 0.00 |
| 93 | KIMBERLY B. BUSEMAN | 7100-000 | N/A | 2,898.00 | 2,898.00 | 0.00 |
| 94 | SHIRLEY BOWMAN | 7100-000 | unknown | 12,309.00 | 12,309.00 | 0.00 |
| 95 | THE DRILLOT CORPORATION DBA HADCO | 7200-000 | 83,655.96 | 41,001.00 | 41,001.00 | 0.00 |
| 96 | ADVANTA BANK CORP | 7200-000 | N/A | 8,117.04 | 8,117.04 | 0.00 |
| NOTFILED | County of Fairfax | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st Class Express Delivery Ser | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | A-Nova Appliance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | A.K. Vasudevan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alejandro Gutierrez | 7100-000 | 4,662.60 | N/A | N/A | 0.00 |
| NOTFILED | Alma Paty | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Great Improvements | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Andrew & Jessica Davis | 7100-000 | 5,742.06 | N/A | N/A | 0.00 |
| NOTFILED | Andrew Holmes | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Andy & Anne Mead | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ann & Tom Langham | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Anne Goodfriend | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Anne Mabaquiao | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Anne Zollner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Electric Supply Corp | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | B/S/H Home Appliances Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Badger CPA, PC | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Zicari | 7100-000 | 793.50 | N/A | N/A | 0.00 |
| NOTFILED | Barry & Elise MIler | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Becky Laroche | 7100-000 | 2,067.50 | N/A | N/A | 0.00 |
| NOTFILED | Beth Maline | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Betty Hill | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bharti Shah | 7100-000 | 15,584.62 | N/A | N/A | 0.00 |
| NOTFILED | Bill & Bette Kramer | 7100-000 | 779.13 | N/A | N/A | 0.00 |
| NOTFILED | Bill Fuchs | 7100-000 | 287.90 | N/A | N/A | 0.00 |
| NOTFILED | Bill Hamlin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brook Rolter | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brook Rolter | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brotman Winter Fried | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Broudy Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital Community News, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Solutions (GE) | 7100-000 | 329,655.10 | N/A | N/A | 0.00 |
| NOTFILED | Carol Crawford | 7100-000 | 269.90 | N/A | N/A | 0.00 |
| NOTFILED | Carol Dunahoo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cathy Milbourn | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cedar Group LLC | 7100-000 | 24,217.88 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Chris & Sandy Sterling | 7100-000 | 2,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Chris Yaremchuk | 7100-000 | 856.80 | N/A | N/A | 0.00 |
| NOTFILED | CitiBusiness Platinum Card | 7100-000 | 9,780.00 | N/A | N/A | 0.00 |
| NOTFILED | Claire & Warren Cox | 7100-000 | 4,045.93 | N/A | N/A | 0.00 |
| NOTFILED | Clem & Barbara Gaskill | 7100-000 | 9,097.56 | N/A | N/A | 0.00 |
| NOTFILED | Colonial Parking, Inc. | 7100-000 | 960.00 | N/A | N/A | 0.00 |
| NOTFILED | Connie Olivera | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Courtney & Mike Graham | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Daniel Blair | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Daniel Slayback | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Danish Builders, Inc. | 7100-000 | 7,995.00 | N/A | N/A | 0.00 |
| NOTFILED | David & Linda Carr | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | David Farrell | 7100-000 | 142.80 | N/A | N/A | 0.00 |
| NOTFILED | David Gelles | 7100-000 | 7,254.51 | N/A | N/A | 0.00 |
| NOTFILED | Davis Ensor | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Denny Contracting Jason Denny | 7100-000 | 8,646.17 | N/A | N/A | 0.00 |
| NOTFILED | Diane Defranco | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dominion Virginia Power | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| NOTFILED | Electrolux | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Miller | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ELizabeth Wallace | 7100-000 | 408.74 | N/A | N/A | 0.00 |
| NOTFILED | Enzo Group LLC | 7100-000 | 5,334.53 | N/A | N/A | 0.00 |
| NOTFILED | Erie Insurance | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | F. David Clarke | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fairfax Water | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank & Shadi Wegerich | 7100-000 | 756.57 | N/A | N/A | 0.00 |
| NOTFILED | Fredrick R. Tucker | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gerardo Del Cerro | 7100-000 | 5,086.17 | N/A | N/A | 0.00 |
| NOTFILED | Gordon & Juliana MacDowell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Government of D.C. Office of Tax and Revenue | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Groves Construction Co. Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | InstallinkOnc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Irving Brown | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | J. Alejandro Gutierrez | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | James & Marcia Ferguson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jean Thompson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jerry Cayford - Cassat Design | 7100-000 | 3,314.21 | N/A | N/A | 0.00 |
| NOTFILED | Jilian McNamara | 7100-000 | 1,630.65 | N/A | N/A | 0.00 |
| NOTFILED | Joanne & Rob Hindman | 7100-000 | 20,788.95 | N/A | N/A | 0.00 |
| NOTFILED | John Cozzens | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Edwards | 7100-000 | 250.03 | N/A | N/A | 0.00 |
| NOTFILED | John Feegel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John McDonald | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Nelson | 7100-000 | 8,611.35 | N/A | N/A | 0.00 |
| NOTFILED | John O'Dowd | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Joy K. Hughes | 7100-000 | unknown | N/A | N/A | 0.00 |
|----------|---------------|----------|---------|-----|-----|------|
| NOTFILED | Joy Williams | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Juddith Levy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Julian McNamara | 7100-000 | 874.95 | N/A | N/A | 0.00 |
| NOTFILED | Kaiser Permanente | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Karen McClure | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kate & Andy Karl | 7100-000 | 1,718.10 | N/A | N/A | 0.00 |
| NOTFILED | Kathleen Nebeker | 7100-000 | 327.45 | N/A | N/A | 0.00 |
| NOTFILED | Kathryn Harris | 7100-000 | 20,269.00 | N/A | N/A | 0.00 |
| NOTFILED | Keith & Theresa Filzen | 7100-000 | 4,464.60 | N/A | N/A | 0.00 |
| NOTFILED | Kim Hazel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kristen Fennel | 7100-000 | 366.35 | N/A | N/A | 0.00 |
| NOTFILED | Laura Waldo | 7100-000 | 3,114.25 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence Beck | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lesley LaMothe | 7100-000 | 506.37 | N/A | N/A | 0.00 |
| NOTFILED | Linda Strickman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lisa Collis | 7100-000 | 6,524.70 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Mutschler | 7100-000 | 4,212.48 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Richmond | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Liz Potemra-Bulhoes | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LJ White | 7100-000 | 1,375.24 | N/A | N/A | 0.00 |
| NOTFILED | Lynn Kennedy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Margaret Smith | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Marie Chernowetz | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Marilyn Heffron | 7100-000 | 841.55 | N/A | N/A | 0.00 |
| NOTFILED | Marilynn Dement | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mark Proctor | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mark Zuckerman | 7100-000 | 3,143.22 | N/A | N/A | 0.00 |
| NOTFILED | Marnie Vanderpoel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mary & Robert Mosley | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mary Lavigne | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Maureen & Ned Hannan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Melissa Ramos | 7100-000 | 9,354.30 | N/A | N/A | 0.00 |
| NOTFILED | Micharl Carr | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mike & Debbie Rider | 7100-000 | 2,212.15 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Mike Burke | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Mike Gorkowski | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MJA Design | 7100-000 | 613.00 | N/A | N/A | 0.00 |
| NOTFILED | Moto.Axis Studio c/o James Phillips | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NG Wai-Ping | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicely Done Kitchens | 7100-000 | 743.15 | N/A | N/A | 0.00 |
| NOTFILED | Nick,sNelson, Julienne Burgess | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northesat Harbor Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pat Greco | 7100-000 | 1,101.80 | N/A | N/A | 0.00 |
| NOTFILED | Patti Vaughn | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Paul & Wendy Morigi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Paul Sunkes | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Paychex | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter & Debbie Roth-Locker | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Priscilla Ray | 7100-000 | 2,648.95 | N/A | N/A | 0.00 |
| NOTFILED | Purcell Murray | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rich & Karen Allen | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rich Tanenbaum | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Richard and Martine Burg | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Richard Fowler | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rick & Heidi Stewart | 7100-000 | 18,574.88 | N/A | N/A | 0.00 |
| NOTFILED | Ridge Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Robert J. Kaufman | 7100-000 | 261.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Shields Interiors | 7100-000 | 138.53 | N/A | N/A | 0.00 |
| NOTFILED | Robin Greenstreet | 7100-000 | 2,924.22 | N/A | N/A | 0.00 |
| NOTFILED | Roby Fields | 7100-000 | 899.55 | N/A | N/A | 0.00 |
| NOTFILED | Roger & Karen Sachse | 7100-000 | 17,559.16 | N/A | N/A | 0.00 |
| NOTFILED | Royal Services | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam Ozeck | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sam Wilson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sam WIlson | 7100-000 | 1,990.99 | N/A | N/A | 0.00 |
| NOTFILED | Samuel Duncan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sandy Mitchell Designs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Scott Bollar | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Scott Kasprowicz | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Scott Mazza | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Service Doctors | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sheila Jennelle | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Steve Anthony | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Steve Atkiss | 7100-000 | 16,106.85 | N/A | N/A | 0.00 |
| NOTFILED | Steve Goldstein | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Steve Terry c/o Hadco (Drittol Corp) | 7100-000 | 682.50 | N/A | N/A | 0.00 |
| NOTFILED | Stuart Kitchens, Inc. | 7100-000 | 581.50 | N/A | N/A | 0.00 |
| NOTFILED | Sully Carpet & Interiors | 7100-000 | 3,109.00 | N/A | N/A | 0.00 |
| NOTFILED | Sundra Printing | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Susan Abel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Susana Kerstein | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tabor Design Build Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Company Corporation | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | The Connection Newspapers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Fretz Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Washington Post | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The William Detty Company | 7100-000 | 15,380.19 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Rehermann | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tien Claudio | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tom Bryant | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tony Lachick | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TurboChef Technologies, Inc Six Concourse Parkway | 7100-000 | 5,525.02 | N/A | N/A | 0.00 |
| NOTFILED | United Bank, Inc. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Untegrated Systems America, In | 7100-000 | 1,215.85 | N/A | N/A | 0.00 |
| NOTFILED | Valerie Page | 7100-000 | 1,388.15 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Verolan Communications | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Victor Lau | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Victoria Cherpes | 7100-000 | 271.95 | N/A | N/A | 0.00 |
| NOTFILED | Vrejoohie Armenian | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Walter & Mahan Kamait | 7100-000 | 5,632.05 | N/A | N/A | 0.00 |
| NOTFILED | Warren Martin | 7100-000 | 5,640.77 | N/A | N/A | 0.00 |
| NOTFILED | Washington Gas | 7100-000 | 200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Wayne Fox | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Welch Graham Odgen Insur Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Whiting-Turner | 7100-000 | 10,676.60 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,819,027.40 | 2,369,206.71 | 2,137,228.16 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| Case Number: | 07-13684-SSM | | Trustee: | (660280) | GORDON P. PEYTON |
| Case Name: | NEWHART'S, INC. | | Filed (f) or Converted (c): | 11/29/07 (f) | |
| | | | §341(a) Meeting Date: | 01/03/08 | |
| Period Ending: 03/10/11 | | | Claims Bar Date: | 04/16/08 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | BANK ACCOUNTS AT CARDINAL BANK<br>   S/A $108.71<br>   C/A $5025.14 | 5,914.34 | 5,914.34 | DA | 5,133.85 | FA |
| 2 | CD AT UNITED BANK | 1,200.00 | 1,200.00 | DA | 4,048.17 | FA |
| 3 | LEASE HELD BY CLARKE-HOOK | 11,000.00 | 11,000.00 | DA | 0.00 | FA |
| 4 | LEASE WITH MERCHANDISE MART PROPERTIES | 22,000.00 | 22,000.00 | DA | 0.00 | FA |
| 5 | UTILITY WITH PEPCO | 440.00 | 440.00 | DA | 0.00 | FA |
| 6 | UTILITY WITH DOMINION VIRGINIA POWER | 300.00 | 300.00 | DA | 0.00 | FA |
| 7 | CUSTOMER LISTS | Unknown | Unknown | DA | 0.00 | FA |
| 8 | 1998 FORD BOX TRUCK | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 9 | MISC. OFFICE EQUIPMENT | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | MISC. FIXTURES, EQUIPMENT | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 11 | INVENTORY AT CHANTILLY SUITES D &C | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 12 | INVENTORY AT WDC SUITES C-1 AND C-19 | 172,500.00 | 172,500.00 | | 0.00 | FA |
| 13 | INVENTORY AT CHANTILLY WAREHOUSE<br>   GE ARGUABLY HOLDS A SECURED LIEN ON ALL<br>ITEMS | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 14 | INVENTORY AT DIFF. KITCHEN, CABINETS<br>DEALERS | 57,000.00 | 57,000.00 | | 0.00 | FA |
| 15 | PROCEEDS OF AUCTION OF ALL<br>INVENTORY/OFFICE FF&E  (u) | 98,666.50 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 272.98 | FA |
| 16 | **Assets**    Totals (Excluding unknown values) | **$1,053,520.84** | **$954,854.34** | | **$9,455.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TFR order entered on 10/26/10

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 07-13684-SSM | **Trustee:**     (660280)   GORDON P. PEYTON |
| **Case Name:**   NEWHART'S, INC. | **Filed (f) or Converted (c):** 11/29/07 (f) |
| | **§341(a) Meeting Date:** 01/03/08 |
| **Period Ending:** 03/10/11 | **Claims Bar Date:** 04/16/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    January 3, 2010          **Current Projected Date Of Final Report (TFR):**      June 7, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 07-13684-SSM | | | Trustee: | GORDON P. PEYTON (660280) | |
| Case Name: | NEWHART'S, INC. | | | Bank Name: | JPMORGAN CHASE BANK, N.A. | |
| | | | | Account: | ***-*****22-65 - Money Market Account | |
| Taxpayer ID #: | **-***4019 | | | Blanket Bond: | $2,000,000.00  (per case limit) | |
| Period Ending: | 03/10/11 | | | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Money Market<br>Account Balance |
| 03/17/08 | | N.T. ARRINGTON | PROCEEDS FROM SALE | | 96,883.06 | | 96,883.06 |
| | | | 98,666.50 | 1229-000 | | | 96,883.06 |
| | | | -1,783.44 | 3620-000 | | | 96,883.06 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.06 | | 96,889.12 |
| 04/09/08 | 1001 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/09/2008 FOR CASE #07-13684, BOND #8215-38-66 | 2300-000 | | 307.81 | 96,581.31 |
| 04/21/08 | 1002 | N.T. ARRINGTON AUCTIONEER AND APPRAISER | COMPENSATION PER 4/15/08 COURT ORDER (ENTERED ON DOCKET 4/20/08) | 3610-000 | | 9,866.65 | 86,714.66 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.49 | | 86,728.15 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.90 | | 86,739.05 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.02 | | 86,750.07 |
| 07/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 60.72 | | 86,810.79 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 12.69 | | 86,823.48 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 34.46 | | 86,857.94 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 38.05 | | 86,895.99 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 31.63 | | 86,927.62 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 21.08 | | 86,948.70 |
| 12/03/08 | 1003 | GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION | ESTATE BALANCE OF $86,948.70 LESS $22,500; PER 11/26/08 ORDER | 4210-000 | | 64,448.70 | 22,500.00 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.07 | | 22,511.07 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,511.98 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 22,512.83 |
| 03/20/09 | 1004 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/20/2009 FOR CASE #07-13684, POLICY #8215-38-66; INVOICE #74888 | 2300-000 | | 72.23 | 22,440.60 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 22,441.57 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,442.48 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 22,443.36 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 22,444.33 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,445.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,446.21 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,447.12 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,448.03 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,448.97 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,449.91 |
| 01/12/10 | {1} | CARDINAL BANK | Balance of account | 1129-000 | 5,133.85 | | 27,583.76 |
| | | | Subtotals: | | $102,279.15 | $74,695.39 | |

{} Asset reference(s)

Printed: 03/10/2011 08:00 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-13684-SSM | | Trustee: | GORDON P. PEYTON (660280) |
| Case Name: | NEWHART'S, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****22-65 - Money Market Account |
| Taxpayer ID #: | **-***4019 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/10/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/15/10 | {2} | UNITED BANK | | 1129-000 | 4,048.17 | | 31,631.93 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 31,632.98 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.20 | | 31,634.18 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 31,634.30 |
| 03/02/10 | | Wire out to BNYM account<br>9200*****2265 | Wire out to BNYM account 9200*****2265 | 9999-000 | -31,634.30 | | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 74,695.39 | 74,695.39 | $0.00 |
| | Less: Bank Transfers | | -31,634.30 | 0.00 | |
| | Subtotal | | 106,329.69 | 74,695.39 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $106,329.69 | $74,695.39 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 07-13684-SSM | |
| **Case Name:** | NEWHART'S, INC. | |
| | | |
| **Taxpayer ID #:** | **-***4019 | |
| **Period Ending:** | 03/10/11 | |

| | |
|---|---|
| **Trustee:** | GORDON P. PEYTON (660280) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******22-65 - Money Market Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******2265 | Wire in from JPMorgan Chase Bank, N.A. account *******2265 | 9999-000 | 31,634.30 | | 31,634.30 |
| 03/04/10 | 11005 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/28/2010 FOR CASE #07-13684, Trustee Bond Premium 3/1/10 -3/1/11 | 2300-000 | | 27.38 | 31,606.92 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.29 | | 31,608.21 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.30 | | 31,609.51 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.35 | | 31,610.86 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.29 | | 31,612.15 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.34 | | 31,613.49 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.33 | | 31,614.82 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 31,615.07 |
| 10/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.22 | | 31,615.29 |
| 10/27/10 | | To Account #9200******2266 | TRANSFER FROM MMA TO DISTRIBUTE PER ORDER | 9999-000 | | 31,615.29 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 31,642.67 | 31,642.67 | $0.00 |
| Less: Bank Transfers | 31,634.30 | 31,615.29 |
| **Subtotal** | 8.37 | 27.38 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$8.37** | **$27.38** |

{} Asset reference(s)

Printed: 03/10/2011 08:00 AM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-13684-SSM | **Trustee:** GORDON P. PEYTON (660280) |
| **Case Name:** NEWHART'S, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******22-66 - Checking Account |
| **Taxpayer ID #:** **-***4019 | **Blanket Bond:** $2,000,000.00  (per case limit) |
| **Period Ending:** 03/10/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/10 | | From Account #9200******2265 | TRANSFER FROM MMA TO DISTRIBUTE PER ORDER | 9999-000 | 31,615.29 | | 31,615.29 |
| 10/27/10 | 101 | CLARKE HOOK CORPORATION, INC. | Dividend paid  52.94% on $23,298.11, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 12,336.16 | 19,279.13 |
| 10/27/10 | 102 | ROBERT M. MARINO, ESQUIRE | Dividend paid  52.94% on $14,550.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,704.11 | 11,575.02 |
| 10/27/10 | 103 | ROBERT M. MARINO, ESQUIRE | Dividend paid  52.94% on $375.21, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 198.67 | 11,376.35 |
| 10/27/10 | 104 | WASHINGTON DESIGN CENTER SUBSIDIARY, LLC | Dividend paid  52.94% on $15,997.80, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 8,470.71 | 2,905.64 |
| 10/27/10 | 105 | U.S. BANKRUPTCY COURT | Dividend paid  52.94% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 132.37 | 2,773.27 |
| 10/27/10 | 106 | GORDON P. PEYTON | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,773.27 | 0.00 |
| | | | Dividend paid  52.94%          2,709.56 on $5,117.28;  Claim# ; Filed: $5,117.28 | 2100-000 | | | 0.00 |
| | | | Dividend paid  52.94%             63.71 on $120.32;  Claim# ; Filed: $120.32 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 31,615.29 | 31,615.29 | **$0.00** |
| Less: Bank Transfers | 31,615.29 | 0.00 | |
| **Subtotal** | **0.00** | **31,615.29** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$31,615.29** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-13684-SSM |
| **Case Name:** | NEWHART'S, INC. |
| **Taxpayer ID #:** | **-***4019 |
| **Period Ending:** | 03/10/11 |

| | |
|---|---|
| **Trustee:** | GORDON P. PEYTON (660280) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******22-66 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 106,338.06 |
| Plus Gross Adjustments : | 1,783.44 |
| Net Estate : | $108,121.50 |

**TOTAL - ALL ACCOUNTS**

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****22-65 | 106,329.69 | 74,695.39 | 0.00 |
| MMA # 9200-******22-65 | 8.37 | 27.38 | 0.00 |
| Checking # 9200-******22-66 | 0.00 | 31,615.29 | 0.00 |
| | $106,338.06 | $106,338.06 | $0.00 |