UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re:  Newhart's, Inc.

DEBTOR NAME(S)                                           Case No.   07-13684-SSM

Debtor.

_____

ORDER DISCHARGING TRUSTEE AND CLOSING CASE
_____

It appearing to the Court that  Gordon Peyton            , Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

                                                  WILLIAM C. REDDEN
                                                  CLERK OF COURT

Date:  June 23, 2011                    By: /s/ Elizabeth W. Douglass
                                                       Deputy Clerk

                                                  NOTICE OF JUDGMENT ORDER
                                                  ENTERED ON DOCKET:
                                                  June 23, 2011

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                         Case No. 07-13684-SSM
Newhart's, Inc.                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-9          User: douglasse              Page 1 of 1              Date Rcvd: Jun 23, 2011
                              Form ID: pdforder            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov Jun 24 2011 00:49:20     UST smg Alexandria,
               Office of the U. S. Trustee,   115 South Union Street, Suite 210,    Alexandria, VA 22314-3361
                                                                                              TOTAL: 1


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
desig*         +William L. Brennan, Sr.,    42435 Iron Bit Place,   Chantilly, VA 20152-6405
intp          ##+William L. Brennan, Sr.,    42435 Iron Bit Place,   Chantilly, VA 20152-6405
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 25, 2011**                    **Signature:**  _Joseph Speetjens_